UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 16, 2026          **Time:** 43 minutes          **Judge:** YVONNE GONZALEZ ROGERS

**Case No.**: 25-cr-00023-YGR          **Case Name:** UNITED STATES v. Eric Rego

**Attorney for Plaintiff: Noah Stern**
**Attorney for Defendant: Candice Fields**
**Defendant: Eric Rego [ X ] Present   [  ] Not Present**
**Defendant's Custodial Status: [  ] In Custody  [ X ] Not in Custody**
**Probation: Jasmine Vega**

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Reported by:** Irene Rodriguez

**PROCEEDINGS**

Sentencing - Held.

Sentencing recommendations are argued and submitted. The defendant addressed the Court.

The defendant is committed to the custody of the Bureau of Prisons for a term of 33 months as to Count Three of the Indictment. Three years supervised release with standard and special conditions as stated on the record. The defendant shall pay a $100.00 mandatory special assessment and restitution in the amount of $3,638,250.00. The Court orders the fine waived.

The Government's oral motion to dismiss Counts One and Two of the Indictment is Granted.

The Court recommends to the Bureau of Prisons that the defendant be designated to a facility as close to Sacramento, California as possible to facilitate family visitation.

The defendant is ordered to self-surrender to the facility if already designated, otherwise to the U. S. Marshal on June 26, 2026, at 10:00 a.m.